IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01028-MSK-BNB

PHILIP BOMBINSKI,

Plaintiff,

v.

NEW TECH MACHINERY CORP.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the Settlement Conference set for **September 13, 2010**, is **VACATED**, due to the plaintiff's counsel's ill health and inability to submit a confidential settlement statement in a timely manner.

     IT IS FURTHER ORDERED that the **Defendant's Unopposed Motion for Leave to Permit Insurance Company Representative to Appear at Settlement Conference Telephonically** [docket no. 23, filed September 8, 2010] is DENIED AS MOOT, because the settlement conference has been vacated.


DATED: September 8, 2010